JOHN POPOW, an Infant, by MIKE POPOW, His Guardian ad Litem, Respondent, *v.* CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF HILLSDALE et al., Appellant.

MIKE POPOW, Respondent, *v.* CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF HILLSDALE et al., Appellant.

Argued January 5, 1938; decided January 25, 1938.

*Samuel B. Coffin* and *J. D. Bell* for appellant.

*Harold V. A. Drumm* for respondents.

In each action, judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HOBBS, J.